AO 91 (Rev. 5/95) Criminal Complaint

## FELONY

# UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

**VS**

**MONCADA-CONDE, MARIA GRACIELA**
**A098 662 597**

United States Courts
Southern District of Texas
FILED

*January 20, 2022*

Nathan Ochsner, Clerk of Court

**CRIMINAL COMPLAINT**

CASE NUMBER: **B:22 - 147 MJ**

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>January 19, 2022</u> in <u>Cameron</u> County, in the <u>SOUTHERN</u> District of <u>TEXAS</u>, defendant, an alien, did

knowingly, willfully, and in violation of law attempt to make an illegal entry into the United States by falsely claiming to be a citizen of the United States after having been previously deported, excluded, or removed, said defendant having not obtained the consent of the Attorney General and/or the Secretary of Homeland Security of the United States to make reapplication for admission into the United States,

in violation of Title ___18___ United States Code, Section(s) _____911_____,

in violation of Title ___8___ United States Code, Section(s) ___1326 (a)___.

I further state that I am a (n) <u>U.S. Customs and Border Protection Officer</u> and that this complaint is based on the following facts:

The defendant attempted to make an illegal entry into the United States through the pedestrian primary lanes at the Gateway International Bridge in Brownsville, Texas by falsely claiming to be a citizen of the U.S. and presenting a United States Passport bearing the name of MAGDALENA MONTOYA ORNELAS to U.S. Customs and Border Protection Officer. In secondary, U.S. Customs and Border Protection Officers discovered the defendant is not the lawful owner of the document presented. Further, the defendant was determined to be a citizen and national of Mexico with no legal status to come to, enter, or to be in the United States. Further queries revealed the defendant was last deported from the United States to Mexico on January 20, 2006 through El Paso, Texas.

Defendant has $486.00 USD, $1560.00 Mexican Pesos and $5.00 Euros on her possession.

Continued on the attached sheet and made a part hereof: ___ :Yes    X :No

Signature of Complainant
Ivan E Leija

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1

**January 20, 2022**                    at            **BROWNSVILLE, Texas**
Date                                                                    City and State

**Ignacio Torteya III U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                              Signature of Judicial Officer